JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **J & J SPORTS PRODUCTIONS, INC.,** <br><br> Plaintiff, <br><br> v. <br><br> **ADRIAN LUNA,** <br><br> Defendant. | Case No. CV 12-09673 WDK-PLA <br><br> **JUDGMENT** |

 Judgment is hereby entered in favor of plaintiff J & J Sports Productions, Inc. and against defendant Adrian Luna, individually and d/b/a El Sol Taqueria, upon the Court's grant of summary judgment in favor of plaintiff.

 IT IS HEREBY ORDERED AND ADJUDGED:

 1. Defendant Adrian Luna, individually and d/b/a El Sol Taqueria, shall pay the plaintiff, J & J Sports Productions, Inc., $7,700.00 in total damages.

///

///

///

///

1  IT IS FURTHER ORDERED that the Plaintiff shall serve, by United States
2  mail or by telefax or by email, copies of this Judgment on counsel for the
3  defendant or the pro se defendant in this matter.

Dated: September 3, 2015

_____
William Keller
United States District Judge